UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
OVERSEAS HOLDING LIMITED PARTNERSHIP

Bankruptcy Case No. 07-bk-10415-ALP

Debtor
_____/

ERNEST B. HAIRE, III,

CASE NO. 8:08-cv-942-T-24

    Appellant,

v.

OVERSEAS HOLDING LIMITED PARTNERSHIP,

    Appellee.
_____/

**O R D E R**

This cause comes before the Court on Appellant's Motion to Strike Appellee's Request for Judicial Notice. (Doc. No. 15). Appellee has not filed a response in opposition, and as such, the motion is deemed unopposed. Therefore, Appellant's motion is **GRANTED**, and the Clerk is directed to strike Appellee's Request for Judicial Notice (Doc. No. 14).

**DONE AND ORDERED** at Tampa, Florida, this 16th day of September, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge